110

(No. 6737 ▮▮▮▮▮▮▮▮▮▮▮▮)

ALTON AMERICAN, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed November 3, 1972.*

ALTON AMERICAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6772 ▮▮▮▮▮▮▮▮▮▮▮▮)

MILDRED R. JACKSON, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed November 3, 1972.*

DR. MILDRED R. JACKSON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.